**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-1256**

CHRISTINE FOWLER,

Plaintiff - Appellant,

versus

GENE L. ATLEY; ACME MARKETS, INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Joseph H. Young, Senior District Judge. (CA-95-830-Y)

Submitted:  September 20, 1996     Decided:  October 9, 1996

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christine Fowler, Appellant Pro Se.  Edward Mark Buxbaum, WHITE-FORD, TAYLOR & PRESTON, Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary judgment for the Defendants in Plaintiff's civil diversity action alleging false arrest and malicious prosecution. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fowler v. Atley</u>, No. CA-93-830-Y (D. Md. Jan. 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>